UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-361-RJC-DCK

| | |
|---|---|
| MAACO FRANCHISOR SPV, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM D. CRUCE, MARILYN A. )<br>CRUCE, & CRUCO PRODUCTION AUTO )<br>PAINTING, INC. )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** comes before the Court on its own motion following the Clerk's entry of default on August 31, 2018. (Doc. No. 8). Plaintiff moved for entry of this default on August 29, 2018, (Doc. No. 7), but did not move for default judgment following the Clerk's entry, as required to do pursuant to Federal Rule of Civil Procedure 55(b).

**IT IS, THEREFORE, ORDERED** that Plaintiff must file a motion for default judgment within **fourteen (14) days** of the date of this Order. See Kashaka v. Baltimore Cty., 450 F. Supp. 2d 610, 614 n.3 (D. Md. 2006). **Should Plaintiff fail to obey this Order, the Court will set aside the entry of default and dismiss Plaintiff's claims against Defendants.** See id.; Fed. R. Civ. P. 16(f), 41(b).

Signed: February 5, 2019

Robert J. Conrad, Jr.
United States District Judge